IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALFRED BONNER #2418744 | § | |
| | § | |
| V. | § | W-24-CA-286-ADA |
| | § | |
| BOBBY LUMPKIN | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Alfred Bonner's Application for Habeas Corpus Relief without prejudice and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Alfred Bonner's Application for Habeas Corpus Relief is hereby **DISMISSED WITHOUT PREJUDICE**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on August 7, 2024

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1